UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW J. BARRY, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:22-cv-01049 |
| v. | Honorable John J. Tharp Jr. |
| STATE COLLECTION SERVICE, INC., | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that Plaintiff, Matthew J. Barry and Defendant, State Collection Service, Inc., hereby notify the Court the parties have reached a settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

Dated: August 4, 2022

Respectfully submitted,

**Matthew J. Barry**

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-8181
mbadwan@sulaimanlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on August 4, 2022 a copy of the foregoing was filed electronically via CM/ECF with the United States District Court for the Northern District of Illinois, which will be sent to all attorneys of record.

                                                     */s/ Mohammed O. Badwan*
                                                     Mohammed O. Badwan