# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW J. BARRY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STATE COLLECTION SERVICE, INC.,<br><br>    Defendant. | Case No:1:22-cv-01049 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MATTHEW J. BARRY, and Defendant, STATE COLLECTION SERVICE, INC., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's claims against STATE COLLECTION SERVICE, INC. Each party to bear its own attorney's fees and costs.

Dated: October 24, 2022            Respectfully Submitted,

MATTHEW J. BARRY            STATE COLLECTION SERVICE, INC.

| | |
|---|---|
| */s/ Mohammed O. Badwan*<br>Mohammed O. Badwan<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>630-575-8180<br>mbadwan@sulaimanlaw.com<br>*Counsel for Plaintiff* | */s/Patrick A. Watts*<br>Patrick A Watts<br>MALONE FROST MARTIN, PLLC<br>150 S. Wacker Drive, STE 240<br>Chicago, IL 60606<br>(312) 741-0990<br>pwatts@mamlaw.com<br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                */s/ Mohammed O. Badwan*