**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Matthew J. Barry

                      Plaintiff,

v.                                               Case No.: 1:22–cv–01049
                                                      Honorable John J. Tharp Jr.

State Collection Service, Inc.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 26, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon receipt of the parties' stipulation of voluntary dismissal with prejudice [20] and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is concluded. All future dates and deadlines are stricken; all pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.